# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | **5:19-mj-404-1** |
| VS. | § | |
| | § | |
| | § | |

## AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following person(s) is material in criminal proceedings against the defendant(s) named above. Designation and detention as material witnesses under 18 U.S.C. Section 3144 is requested for:

These material witness(es) are citizen(s) of <u>PEOPLE'S REPUBLIC OF CHINA</u>, and have admitted belonging to a class of aliens who are deportable, and to being illegally within the United States. Should they be released and returned to their native country, they will likely not be subject to be subpoenaed to the United States. Thus, it would be impracticable to secure their presence at such time as the case is called for trial so we request they be held as material witnesses.

Agent Signature: *Micah Sublett*
Printed Name and Title: _____

It is ORDERED that each of the above material witnesses this day brought before me, be committed to the custody of the United States Marshal's Service on a $25,000 cash or surety bond, pending disposition of the above captioned case, at which time the United States Marshal's Service shall release each witness from custody upon notice and request from the United States Attorney's Office, Southern District of Texas, Laredo Division. Service of a United States Department of Justice Form OBD-3 ("Fact Witness Voucher") from the United States Attorney's Office in Laredo, Texas, to the United States Marshal's Service office in Laredo, Texas, regarding each material witness to be released shall satisfy such notice and request.